McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



SEALED  FILED
JUL 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )   No. 07 CR 00193 AWI
                                       )
            Plaintiff,                 )   EX PARTE MOTION TO SEAL
                                       )   INDICTMENT PURSUANT
     v.                                )   TO RULE 6(e), FEDERAL
                                       )   FEDERAL RULES OF
                                       )   CRIMINAL PROCEDURE
CHAD WAYNE HENRY,                      )
                                       )
                                       )
            Defendant.                 )
                                       )

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 26, 2007, charging the above defendant with a violation of Title 18, United States Code, Section 2252(a)(2) - Receipt of Material Involving the Sexual Exploitation of Minors and other violations; be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

1

1 | or any warrant issued pursuant thereto, except when necessary for
2 | the issuance and execution of the warrant.
3 | DATED: July 26 2007                    Respectfully submitted,
4 |                                        McGREGOR W. SCOTT
  |                                        United States Attorney
5 |
  |                                        By  /s/ Kimberly A. Sanchez
6 |                                            KIMBERLY A. SANCHEZ
  |                                        Assistant U.S. Attorney
7 |
8 | ORDERED as prayed this 26 day of July 2007
9 |
10|                                        U.S. Magistrate Judge