```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4000 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED
JUL 31 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>         Plaintiff,  )<br>           )<br>     v.    )<br>           )<br>CHAD WAYNE HENRY,   )<br>           )<br>         Defendant.  )<br>_____) | 1:07-CR-00193<br><br><br>ORDER TO UNSEAL INDICTMENT |

The indictment in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby

ORDERED this 30th Day of July, 2007, that the indictment be unsealed and made public record.

DATED: July 30, 2007

/s/ Dennis L. Beck
DENNIS L. BECK
U.S. MAGISTRATE JUDGE

1