1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CHAD WAYNE HENRY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:07-cr-00193 AWI
                                       )
12             Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING;ORDER THEREON
13      v.                             )
                                       )   Date:  December 3, 2007
14  CHAD WAYNE HENRY,                  )   Time:  9:00 A.M.
                                       )   Judge: Hon. Anthony W. Ishii
15             Defendant.              )
                                       )
16  _____)

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that **the status conference hearing now set for October 29, 2007, may be continued to**

20  **December 3, 2007, at 9:00 A.M.**

21       The grounds for the continuance are further defense preparation and investigation, and to allow the

22  parties additional time for negotiation.  The requested continuance will conserve time and resources for all

23  parties and the court.

24  ///

25   ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and

4  (iv).

5                                                                    McGREGOR W. SCOTT
                                                                     United States Attorney
6

7  DATED:  October 25,  2007                    By:  /s/  Kimberly A. Sanchez
                                                                     KIMBERLY A. SANCHEZ
8                                                                    Assistant United States Attorney
                                                                     Attorney for Plaintiff
9

10                                                                   DANIEL J. BRODERICK
                                                                     Federal Public Defender
11

12  DATED:  October 25, 2007                     By:   /s/  Francine Zepeda
                                                                     FRANCINE ZEPEDA
13                                                                   Assistant Federal Defender
                                                                     Attorneys for Defendant
14                                                                   CHAD WAYNE HENRY

15
                                              **O R D E R**
16

17        **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and

18  3161(h)(8)(B)(i) and (iv).

19

20  IT IS SO ORDERED.

21  **Dated:    October 27, 2007**                          **/s/ Anthony W. Ishii**
                                                                     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status
Conference Hearing; [Proposed] Order                    -2-