1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHAD WAYNE HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-cr-00193 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; ORDER |
| v. | ) THEREON |
| CHAD WAYNE HENRY, | ) Date: January 28, 2008 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for December 3, 2007, may be continued to January 28, 2008, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for negotiation. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 29, 2007     By: /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: November 29, 2007     By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
CHAD WAYNE HENRY

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 30, 2007**         /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; [Proposed] Order      -2-