DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHAD WAYNE HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00193 AWI |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING PROPERTY BOND; DECLARATION OF COUNSEL; ORDER |
| v. | |
| CHAD WAYNE HENRY, | |
| Defendant. | Judge : Hon. Anthony W. Ishii |

Defendant Chad Wayne Henry, through counsel Francine Zepeda, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property in the above-captioned case.

On July 30, 2007, defendant Chad Wayne Henry made an initial appearance in the above-captioned case for arraignment on the Indictment; a detention hearing was held July 31, 2007, at which time defendant was ordered released upon posting of a $10,000.00 appearance and compliance bond, to be replaced by a full equity property bond on or before August 20, 2007.  The appearance and compliance bond was filed by the court on July 31, 2007. (Dkt. #6) On September 11, 2007,  a Deed of Trust was posted for Defendant Henry.  (Dkt. #14).  The certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court on August 22, 2007,  (Dkt. #12)

///

On February 19, 2008, Defendant entered a guilty plea and was remanded into custody. (Dkt. # 22) Sentencing is scheduled for May 5, 2008. Defendant Henry remains in custody.

It is respectfully requested that bond be exonerated and title to the real property reconveyed.

Dated: March 20, 2008

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/  Francine Zepeda
                                         FRANCINE ZEPEDA
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         CHAD WAYNE HENRY

## DECLARATION OF FRANCINE ZEPEDA

I, Francine Zepeda, declare as follows:

1. I am the Assistant Federal Defender representing Mr. Henry in this case. I have represented him since July 30, 2007.

2. On July 31, 2007, Defendant Henry was released on posting of a $10,000.00 appearance and compliance bond, to be replaced by a full equity property bond on or before August 20, 2007. The appearance and compliance bond was filed by the court on July 31, 2007. (Dkt. #6) On September 11, 2007, a Deed of Trust was posted for Defendant Henry. (Dkt. #14). The certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court on August 22, 2007, (Dkt. #12)

3. On February 19, 2008, Defendant entered a guilty plea to count 2 of the indictment and was remanded into custody. (Dkt. #22)

4. Sentencing is scheduled for May 5, 2008. Defendant remains in custody.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on March 20, 2008, at Fresno, California.

                                         /s/  Francine Zepeda
                                         FRANCINE ZEPEDA

**O R D E R**

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property securing said bond be immediately reconveyed to the property owner.

IT IS SO ORDERED.

Dated:   March 25, 2008                         /s/ Anthony W. Ishii
                                                                  UNITED STATES DISTRICT JUDGE